DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIQUE M. BARTEET,**
Appellant,

v.

**GEORGE J. JANSSEN,**
Appellee.

No. 4D18-3640

[December 12, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502015CA010434A.

Chance McClain of Law Office of Chance McClain, Lake Park, for appellant.

Michael P. Hamaway and Jason Ari Smith of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***